**LAW OFFICES OF MARK D. HOLMES**  JS - 6
**Mark D. Holmes, Bar No. 156660**
2801 West Coast Highway, Suite 210
Newport Beach, California 92663
Telephone: (949) 645-0450
Facsimile: (949) 645-0451

Attorneys for Plaintiffs DJ MARINE INC.
And DUDLEY GREER

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.J. MARINE INC., an Arizona Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>R.D.I. Marine, Inc.; Rabaul Diesel, Inc.; Diesel Services, Inc.; MAN Roland, Inc.; MAN Diesel and Components, Inc.; MAN Nutzfahrzeuge Aktiengesellschaft Werk Nuernberg; and DOES 1 – 10,<br><br>    Defendants. | CASE NO. CV06-3029 RSWL (RCx)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE**<br><br>Trial Date: None<br>Case Filed: May 17, 2006 |

Having considered the Stipulation Re: Dismissal of this action filed with the Court on January 9, 2009, and with all parties being in agreement, the Court orders that the entirety of this action is hereby dismissed without prejudice. The parties shall bear their own costs. **IT IS SO ORDERED.**

Dated: January 14, 2009

/ S /
_____
Honorable Ronald S.W. Lew
Senior, U.S. District Court Judge

1

**[PROPOSED] ORDER RE JOINT STIPULATION TO DISMISS CASE WITHOUT PREJUDICE**